IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01705-JLK-MJW

WILLIAM ROCCHIO,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA a/k/a
CIGNA GROUP INSURANCE,

    Defendant.

## ORDER
**(DOCUMENT 11)**

The Court has considered the unopposed motion of defendant Life Insurance Company of North America seeking leave not to participate in the settlement conference on January 30, 2008, finds that good cause supports the granting of the motion, and

THEREFORE, ORDERS THAT the representatives of defendant Life Insurance Company of North America need not participate in the settlement conference on January 30, 2008 due to the participation in that conference by the authorized representatives of the Denver Newspaper Agency, and further orders that LINA's counsel, Jack M. Englert, Jr., be available by telephone during the settlement conference on January 30, 2008.

Dated this 24TH day of January, 2008.

Michael J. Watanabe
United States Magistrate Judge